FILED

03/28/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0591

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0591

JOSHUA F. CLARK,

      Plaintiff and Appellant,

vs.

MISSOULA COUNTY SHERIFF
TERRY J. MCDERMOTT, the
COUNTY OF MISSOULA, MONTANA
and HUMAN RIGHTS COMMISSION,

      Defendants and Appellees.

## GRANT OF EXTENSION

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellees, Missoula County Sheriff Terry J. McDermott and County of Missoula are given an extension of time until April 29, 2022, to prepare, file, and serve its response brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 28 2022